ORIGINAL

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
By: SUSAN D. BAIRD
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, New York  10007
Tel. (212) 637-2713
Fax (212) 637-2750

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/18/08

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - -x
SANDRA LUZ VEGA,                 :
                                 :
              Plaintiff,         :
                                 :
         - v. -                  :
                                 :   STIPULATION AND ORDER
                                 :
MICHAEL J. ASTRUE,               :   08 Civ. 4842 (SHS)
Commissioner of                  :
Social Security,                 :
                                 :
              Defendant.         :
                                 :
- - - - - - - - - - - - - - - - x

    IT IS HEREBY STIPULATED AND AGREED, by and between the attorney for the defendant and the plaintiff pro se, that the defendant's time to answer or move with respect to the complaint in the above-captioned action is extended from September 8, 2008 to and including November 7, 2008.  This extension is requested

because the administrative record has not yet been received by defendant's counsel. No previous extension has been requested in this case.

Dated: New York, New York
       August 11, 2008

*Sandra Luz Vega*
SANDRA LUZ VEGA
Plaintiff Pro Se
2422 Webster Avenue
Apt. #1
Bronx, New York 10458
Telephone No. (347) 862-1318

MICHAEL J. GARCIA
United States Attorney for the
Southern District of New York
Attorney for Defendant

By: *Susan D. Baird*
    SUSAN D. BAIRD
    Assistant United States Attorney
    86 Chambers Street, 3rd Floor
    New York, New York   10007
    Telephone No.: (212) 637-2713
    Susan.Baird@usdoj.gov

SO ORDERED: 8/18/08

_____
UNITED STATES DISTRICT JUDGE